UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE                                         6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                              GREENBELT, MARYLAND 20770
                                                                    301-344-0632

MEMORANDUM

TO:         Counsel of Record

FROM:     Judge Peter J. Messitte

RE:         *Aghazu v. Severn Savings Bank, FSB, et al.*
               Civil Case No. PJM 15-1529

DATE:     November 9, 2015

****

On November 9, 2015, the Court heard oral argument on Defendant Severn Savings Bank, FSB's Motion to Dismiss, ECF No. 5, and Defendants FCI Lender Services and Pontus Capital's Motion to Dismiss, ECF No. 10. As stated on the record, the Court **ORDERS**

1. Pontus SB Trust (hereinafter "Pontus") **SHALL** be substituted for Pontus Capital as a Defendant in this matter;
2. Plaintiff's Count V is **DISMISSED WITH PREJUDICE** as to Defendant Severn Savings Bank, FSB;
3. Plaintiff **SHALL** file a Response to Defendants FCI Lender Services and Pontus' Motion to Dismiss Count V within ten (10) days of this Order; Defendants FCI Lender Services and Pontus shall have five (5) days to file a Reply;
4. Plaintiff **SHALL** promptly submit to the Court the response FCI Lender Services made to Plaintiff's Qualified Written Request relative to attorney's fees and other charges;
5. Defendants **SHALL** file additional briefing on statutes of limitations defenses as to all pertinent Counts within ten (10) days of this Order; Plaintiff shall have ten (10) days to file a Response, and Defendants shall have five (5) days to file a Reply.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                                     /s/
                                         PETER J. MESSITTE
                                UNITED STATES DISTRICT JUDGE

cc: Court File